In the Matter of Destiny Lorraine
McManis, a Child.

STATE ex rel JUVENILE DEPARTMENT
OF LANE COUNTY,
*Appellant,*

*v.*

McLEOD,
*Respondent.*

(No. 78-374, CA A23490)

655 P2d 1101

Richard David Wasserman, Assistant Attorney General, Salem, argued the cause for appellant. With him on the brief were Dave Frohnmayer, Attorney General, and William F. Gary, Solicitor General, Salem.

Peter F.M. Warburg, Eugene, argued the cause and filed the brief for respondent.

Before Buttler, Presiding Judge, and Warren and Rossman, Judges.

PER CURIAM.

## PER CURIAM.

The state appeals a trial court order dismissing its petition to terminate putative father's parental rights in the child. On *de novo* review, and applying the constitutionally required "clear and convincing standard of proof," *Santosky v. Kramer,* 455 US 745, 102 S Ct 1388, 71 L Ed 2d 599 (1982); *State ex rel Juv. Dept. v. Farrell,* 58 Or App 258, 648 P2d 401, *rev den* 293 Or 521 (1982), we find that the state established the allegation that the putative father is unfit as a parent under ORS 419.523(2). The trial court should have ordered termination.

Reversed.